UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNE CHMIELESKI,

        Plaintiff(s),

Case No. 11-13402

vs.

HON. GEORGE CARAM STEEH

ALLSTATE INSURANCE CO.,

        Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 2, 2012 the parties of record advised the court that a settlement had been reached and there being no further communication to the court; therefore

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

                                  s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

Dated: July 31, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
July 31, 2012 by electronic and/or ordinary mail.

                        s/Marcia Beauchemin
                        Deputy Clerk